

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NUMBER: 4:21-CR- 31    (CDL) |
| | : VIOLATIONS:    18 U.S.C. § 2 |
| | :                18 U.S.C. § 1001 |
| **v.** | :                18 U.S.C. § 1343 |
| **WILLIE DEMPS,** | :                18 U.S.C. § 1344(2) |
| **CURTIS PORCH,** | :                18 U.S.C. § 1349 |
| **DEREEN PORCH,** | :                18 U.S.C. § 2314 |
| **TERRY McBRIDE** | :                18 U.S.C. § 981(a)(1)(C) |
| **ROSALEE BASSI,** | :                18 U.S.C. § 982(a)(2) |
| **LAMARCUS PALMER,** | :                28 U.S.C. § 2461(c) |
| **GEORGE COOK,** | : |
| **and** | : |
| **SAMUEL COLE** | : |
| | : |
| _____ | : |

**THE GRAND JURY CHARGES:**

### INTRODUCTION

1. At all times material to the indictment, Defendant **WILLIE DEMPS** served in various capacities for the Clerk of the Muscogee County, Georgia, State and Superior Courts. **DEMPS** worked for the Muscogee County Clerk for approximately thirty (30) years. Among his other duties, **DEMPS** supervised the deposit of funds received by the Clerk's Office, as described below. **DEMPS** was also authorized by the Clerk of Court to endorse checks written on the clerk's various accounts.  The Clerk's Office was located at the Columbus Consolidated Government Center in Columbus, Georgia.

2. The Clerk's office maintained several bank accounts that were established to accept collections on behalf of the citizens of Muscogee County, Georgia. For purposes of this Indictment, these collections included, but were not limited to, fines collected for felony and misdemeanor criminal offenses, forfeitures resulting from criminal activities,

1

and certain monies received from condemnation accounts. Designated employees of the Clerk's Office were assigned to accept these funds. Frequently, these monies were received in open court. Generally, most of the cash received from fines and forfeitures was given to Defendant **DEMPS,** who had the responsibility of depositing Muscogee County funds into a recognized Muscogee County bank account.

3. The Muscogee County Clerk's Office received monies from a variety of sources, with each source supposedly being maintained by the clerk independently. The bulk of the money received by the clerk's office was obtained through fines and forfeitures or condemnations. Most fine money was collected in open court or directly through the clerk's office. Payments frequently were made in cash, although some fines were paid through an attorney's trust account or from online credit card payments.

4. At all times material to the indictment, the Muscogee County Clerk's Office maintained several accounts with numerous banking institutions, including Synovus Financial Corporation, formerly Columbus Bank and Trust, including accounts numbered xxx-xxx-2579 and xxx-xxx-7605.

5. Between January 4, 2019, and November 29, 2019, Defendants cashed checks drawn on the Muscogee County Clerk's Office, with the account holder name "Clerk of Superior Court," and others, for their own personal use.

6. At all times material to this indictment, Synovus Financial Corporation, formerly Columbus Bank and Trust, SunTrust Bank, and Colony Bank were financial institutions insured by the Federal Deposit Insurance Corporation.

7. At all times material to this indictment, "Clerk of Superior Court" refers to the Office of the Clerk of Superior Court in Muscogee County, Georgia.

## COUNT ONE

18 U.S.C. § § 1349 and 1344(2)

### Conspiracy to Commit Bank Fraud

Paragraphs 1-7 of the Introduction are hereby incorporated by reference into this count.

That between on or about January 4, 2019, and on or about November 29, 2019, in the Columbus

Division of the Middle District of Georgia, and elsewhere within the jurisdiction of the court,

**WILLIE DEMPS,**

**CURTIS PORCH,**

**DEREEN PORCH, a/k/a DEREEN FITZGERALD,**

**TERRY McBRIDE,**

**ROSALEE BASSI,**

**LAMARCUS PALMER,**

**GEORGE COOK,**

**and**

**SAMUEL COLE,**

Defendants herein, knowingly and willfully conspired and agreed together and with each other,

and with other persons both known and unknown to the Grand Jury, to commit an offense against

the United States, to wit: bank fraud, and did knowingly obtain monies and funds owned by and

under the control of Synovus Bank, SunTrust Bank, and Colony Bank, federally insured financial

institutions, by means of materially false and fraudulent pretenses, representations, and promises,

to wit: the Defendants repeatedly caused stolen checks to be drawn on the accounts of the Clerk

of Superior Court at the named financial institutions in order to wrongfully and unlawfully obtain

moneys and funds on deposit with the aforementioned institutions.

3

All in violation of Title 18, United States Code, Section 1344(2), in connection with Title 18, United States Code, Section 1349.

MANNER AND MEANS

8. Defendant **WILLIE DEMPS**, through his position in the Muscogee County Clerk's Office, obtained blank checks written on various accounts held by the "Clerk of Superior Court."

9. Having obtained these blank checks, **DEMPS** then endorsed the checks, filled in the dollar amount, and made them payable to one of his co-defendants. Occasionally, **DEMPS** filled out checks that had been pre-signed by co-workers "C.A." and "P.C." both of whom were unaware that checks they signed were being used for any illegal purpose.

10. After writing the checks, **DEMPS** contacted either co-defendant **CURTIS PORCH, DEREEN PORCH, McBRIDE, BASSI, PALMER, COOK**, or **COLE. DEMPS** then gave the check to the co-defendant to whom the check was endorsed, with instructions to cash the check and return the proceeds to **DEMPS**.

11. In order to deliver the checks to his co-defendants, **DEMPS** generally met his co-defendants in the Government Center parking lot, located in Columbus, Muscogee County, Georgia, although occasionally he would travel to the bank where the check was to be cashed, and hand over the fraudulent check at that location. At the time the checks were written, no co-defendants were employees of the Columbus Consolidated Government, and had no other claim of right to the checks written to them by **DEMPS**.

12. After receiving the checks, **DEMPS'** co-defendants cashed them at a bank that was specified by **DEMPS**. During the check cashing process, employees at financial institutions would and did call **DEMPS** personally, asking him if the checks were

legitimate. On each of these occasions, **DEMPS** falsely verified the validity of the instruments. At one financial institution, checks written by **DEMPS** were cashed with such frequency that the bank tellers had **DEMPS'** direct phone line written on a cork board behind their teller stations.

13. After the checks were cashed, the co-defendants would return the money to **DEMPS**, who generally gave the co-defendant a portion of the proceeds.

14. During the period of January 2019 to November 2019, **DEMPS** and his co-defendants obtained at least $467,331 by fraud through cashing checks stolen from the Muscogee County Clerk's Office, as described above.

OVERT ACTS

In furtherance of the conspiracy and to effect the objects of the conspiracy, the following overt acts, among others, were committed in the Middle District of Georgia and elsewhere:

1. On or about January 4, 2019, **DEMPS** and **COLE** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount of $4,425.50.

2. On or about January 4, 2019, **DEMPS** and **COLE** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount of $3,800.75.

3. On or about February 9, 2019, **DEMPS** and **BASSI** negotiated a check stolen from the Clerk of Superior Court at SunTrust Bank in the amount of $2,935.40.

4. On or about March 13, 2019, **DEMPS** and **PALMER** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank in the amount of $3,846.30.

5. On or about March 13, 2019, **DEMPS** and **COLE** negotiated a check stolen from the Clerk of Superior Court at Colony Bank, in the amount of $4,906.25.

6. On or about March 14, 2019, **DEMPS** and **CURTIS PORCH** negotiated a check stolen from the Clerk of Superior Court at Colony Bank, in the amount of $5,049.25.

7. On or about March 14, 2019, **DEMPS** and **COOK** negotiated a check stolen from the Clerk of Superior Court at SunTrust Bank, in the amount of $2,740.60.

8. On or about March 14, 2019, **DEMPS** and **PALMER** negotiated a check stolen from the Clerk of Superior Court at SunTrust Bank, in the amount of $3,914.60.

9. On or about March 19, 2019, **DEMPS** and **COLE** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount of $3,169.40.

10. On or about March 21, 2019, **DEMPS** and **COOK** negotiated a check stolen from the Clerk of Superior Court at SunTrust Bank, in the amount of $3,465.40.

11. On or about March 21, 2019, **DEMPS** and **McBRIDE** negotiated a check stolen from the Clerk of Superior Court at SunTrust Bank, in the amount of $3,750.25.

12. On or about March 27, 2019, **DEMPS** and **DEREEN PORCH** negotiated a check stolen from the Clerk of Superior Court at Colony Bank, in the amount of $4,525.75.

13. On or about March 29, 2019, **DEMPS** and **McBRIDE** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount of $4,205.65.

14. On or about April 4, 2019, **DEMPS** and **McBRIDE** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount of $3,886.00.

15. On or about April 15, 2019, **DEMPS** and **COLE** negotiated a check stolen from the Clerk of Superior Court at Colony Bank, in the amount of $4,870.50.

16. On or about April 15, 2019, **DEMPS** and **COLE** negotiated a check stolen from the Clerk of Superior Court at SunTrust Bank, in the amount of $4,806.75.

17. On or about April 15, 2019, **DEMPS** and **COLE** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount of $3,806.50.

18. On or about April 17, 2019, **DEMPS** and **COOK** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount of $3,625.00.

19. On or about April 19, 2019, **DEMPS** and **CURTIS PORCH** negotiated a check stolen from the Clerk of Superior Court at Sun Trust Bank, in the amount of $2,800.00.

20. On or about April 19, 2019, **DEMPS** and **COOK** negotiated a check stolen from the Clerk of Superior Court at SunTrust Bank, in the amount of $4,500.25.

21. On or about April 26, 2019, **DEMPS** and **McBRIDE** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount of $3,619.46.

22. On or about May 3, 2019, **DEMPS** and **COOK** negotiated a check stolen from the Clerk of Superior Court at SunTrust Bank, in the amount of $2,860.50.

23. On or about May 3, 2019, **DEMPS** and **COLE** negotiated a check stolen from the Clerk of Superior Court at SunTrust Bank, in the amount of $3,006.50.

24. On or about May 17, 2019, **DEMPS** and **COOK** negotiated a check stolen from the Clerk of Superior Court at Colony Bank, in the amount of $4,435.60.

25. On or about May 22, 2019, **DEMPS** and **COLE** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount of $4,605.90.

26. On or about May 23, 2019, **DEMPS** and **CURTIS PORCH** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount of $4,525.60.

27. On or about May 23, 2019, **DEMPS** and **McBRIDE** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount of $3,872.60.

28. On or about May 30, 2019, **DEMPS** and **COLE** negotiated a check stolen from the Clerk of Superior Court at SunTrust Bank, in the amount of $3,205.40.

29. On or about June 4, 2019, **DEMPS** and **CURTIS PORCH** negotiated a check stolen from the Clerk of Superior Court at Colony Bank, in the amount of $4,526.50.

30. On or about June 4, 2019, **DEMPS** and **COLE** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount of $3,211.16.

31. On or about June 7, 2019, **DEMPS** and **COOK** negotiated a check stolen from the Clerk of Superior Court at SunTrust Bank, in the amount of $3,652.40.

32. On or about June 10, 2019, **DEMPS** and **COLE** negotiated a check stolen from the Clerk of Superior Court at Colony Bank, in the amount of $3,865.50.

33. On or about June 14, 2019, **DEMPS** and **McBRIDE** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount of $3,980.50.

34. On or about June 18, 2019, **DEMPS** and **COOK** negotiated a check stolen from the Clerk of Superior Court at Colony Bank, in the amount of $3,942.60.

35. On or about June 20, 2019, **DEMPS** and **COLE** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount of $5,262.50.

36. On or about June 21, 2019, **DEMPS** and **COOK** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount of $4,985.60.

37. On or about June 24, 2019, **DEMPS** and **CURTIS PORCH** negotiated a check stolen from the Clerk of Superior Court at Colony Bank, in the amount of $3,696.25.

38. On or about June 24, 2019, **DEMPS** and **McBRIDE** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount of $5,860.42.

39. On or about July 1, 2019, **DEMPS** and **COLE** negotiated a check stolen from the Clerk of Superior Court at Colony Bank, in the amount of $4,275.50.

40. On or about July 1, 2019, **DEMPS** and **McBRIDE** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount $3,961.50.

41. On or about July 1, 2019, **DEMPS** and **McBRIDE** negotiated a check stolen from the Clerk of Superior Court at SunTrust Bank, in the amount of $3,602.50.

42. On or about July 2, 2019, **DEMPS** and **DEREEN PORCH** negotiated a check stolen from the Clerk of Superior Court at Colony Bank, in the amount of $4,315.75.

43. On or about July 2, 2019, **DEMPS** and **COOK** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount of $2,814.60.

44. On or about July 2, 2019, **DEMPS** and **McBRIDE** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount of $3,732.50.

10

45. On or about July 3, 2019, **DEMPS** and **COOK** negotiated a check stolen from the Clerk of Superior Court at SunTrust Bank, in the amount of $2,814.70.

46. On or about July 3, 2019, **DEMPS** and **COLE** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount of $2,901.75.

47. On or about July 11, 2019, **DEMPS** and **CURTIS PORCH** negotiated a check stolen from the Clerk of Superior Court at SunTrust Bank, in the amount of $2,125.75.

48. On or about July 11, 2019, **DEMPS** and **CURTIS PORCH** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount of $4,650.00.

49. On or about July 11, 2019, **DEMPS** and **COLE** negotiated a check stolen from the Clerk of Superior Court at SunTrust Bank, in the amount of $3,605.40.

50. On or about July 11, 2019, **DEMPS** and **McBRIDE** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount of $4,914.60.

51. On or about July 14, 2019, **DEMPS** and **COLE** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount of $4,025.00.

52. On or about July 16, 2019, **DEMPS** and **McBRIDE** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount of $3,625.00.

53. On or about July 17, 2019, **DEMPS** and **COOK** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount of $3,742.50.

54. On or about July 24, 2019, **DEMPS** and **McBRIDE** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount of $3,762.40.

55. On or about July 25, 2019, **DEMPS** and **COLE** negotiated a check stolen from the Clerk of Superior Court at Colony Bank, in the amount of $3,642.50.

56. On or about July 26, 2019, **DEMPS** and **DEREEN PORCH** negotiated a check stolen from the Clerk of Superior Court at SunTrust Bank, in the amount of $2,501.75.

57. On or about August 6, 2019, **DEMPS** and **COLE** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount of $3,201.50.

58. On or about August 12, 2019, **DEMPS** and **CURTIS PORCH** negotiated a check stolen from the Clerk of Superior Court at Colony Bank, in the amount of $4,069.64.

59. On or about August 14, 2019, **DEMPS** and **McBRIDE** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount of $2,902.50.

60. On or about August 15, 2019, **DEMPS** and **COOK** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount of $3,006.50.

61. On or about August 15, 2019, **DEMPS** and **COLE** negotiated a check stolen from the Clerk of Superior Court at Colony Bank, in the amount of $3,142.65.

62. On or about August 16, 2019, **DEMPS** and **McBRIDE** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount of $3,025.95.

63. On or about August 20, 2019, **DEMPS** and **McBRIDE** negotiated a check stolen from the Clerk of Superior Court at Colony Bank, in the amount of $4,205.50.

64. On or about August 22, 2019, **DEMPS** and **COLE** negotiated a check stolen from the Clerk of Superior Court at Colony Bank, in the amount of $4,560.50.

65. On or about August 27, 2019, **DEMPS** and **McBRIDE** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount of $3,760.70.

66. On or about September 3, 2019, **DEMPS** and **COLE** negotiated a check stolen from the Clerk of Superior Court at Colony Bank, in the amount of $3,260.50.

67. On or about September 3, 2019, **DEMPS** and **McBRIDE** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount of $3,805.25.

68. On or about September 4, 2019, **DEMPS** and **CURTIS PORCH** negotiated a check stolen from the Clerk of Superior Court at Colony Bank, in the amount of $4,001.50.

69. On or about September 12, 2019, **DEMPS** and **McBRIDE** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount of $3,308.45.

70. On or about September 16, 2019, **DEMPS** and **COOK** negotiated a check stolen from the Clerk of Superior Court at Colony Bank, in the amount of $3,996.25.

71. On or about September 16, 2019, **DEMPS** and **COLE** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount of $3,119.50.

72. On or about September 18, 2019, **DEMPS** and **CURTIS PORCH** negotiated a check stolen from the Clerk of Superior Court at Colony Bank, in the amount of $4,560.50.

73. On or about September 18, 2019, **DEMPS** and **McBRIDE** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount of $3,342.75.

74. On or about September 20, 2019, **DEMPS** and **COLE** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount of $3,142.50.

75. On or about September 20, 2019, **DEMPS** and **McBRIDE** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount of $3,005.01.

76. On or about September 22, 2019, **DEMPS** and **McBRIDE** negotiated a check stolen from the Clerk of Superior Court at Colony Bank, in the amount of $3,216.50.

77. On or about September 24, 2019, **DEMPS** and **COLE** negotiated a check stolen from the Clerk of Superior Court at Colony Bank, in the amount of $3,750.25.

78. On or about September 25, 2019, **DEMPS** and **McBRIDE** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount of $4,250.50.

79. On or about September 30, 2019**, DEMPS** and **COLE** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount of $3,650.75.

80. On or about October 1, 2019, **DEMPS** and **COOK** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount of $3,106.50.

81. On or about October 2, 2019, **DEMPS** and **CURTIS PORCH** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount of $2,805.50.

82. On or about October 3, 2019, **DEMPS** and **CURTIS PORCH** negotiated a check stolen from the Clerk of Superior Court at Colony Bank, in the amount of $3,896.40.

83. On or about October 7, 2019, **DEMPS** and **DEREEN PORCH**, a/k/a **DEREEN FITZGERALD**, negotiated a check stolen from the Clerk of Superior Court at Colony Bank, in the amount of $4,805.60.

84. On or about October 9, 2019, **DEMPS** and **COLE** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount of $5,215.60.

85. On or about October 10, 2019, **DEMPS** and **McBRIDE** negotiated a check stolen from the Clerk of Court at Synovus Bank, in the amount of $3,455.60.

86. On or about October 15, 2019, **DEMPS** and **McBRIDE** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount of $4,915.60.

87. On or about October 16, 2019, **DEMPS** and **COLE** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount of $2,980.00.

88. On or about October 16, 2019, **DEMPS** and **COLE** negotiated a check stolen from the Clerk of Superior Court at Colony Bank, in the amount of $5,046.93.

89. On or about October 17, 2019, **DEMPS** and **COOK** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount of $3,630.50.

90. On or about October 17, 2019, **DEMPS** and **McBRIDE** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount of $3,701.50.

91. On or about October 18, 2019, **DEMPS** and **CURTIS PORCH** negotiated a check stolen from the Clerk of Superior Court at Colony Bank, in the amount of $4,002.50.

16

92. On or about October 21, 2019, **DEMPS** and **COLE** negotiated a check stolen from the Clerk of Superior Court at Colony Bank, in the amount of $3,295.60.

93. On or about October 21, 2019, **DEMPS** and **McBRIDE** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount of $4,413.60.

94. On or about October 21, 2019, **DEMPS** and **McBRIDE** negotiated a check stolen from the Clerk of Superior Court at Colony Bank, in the amount of $4,001.50.

95. On or about October 24, 2019, **DEMPS** and **COLE** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount of $2,946.25.

96. On or about October 25, 2019, **DEMPS** and **McBRIDE** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount of $2,438.19.

97. On or about October 29, 2019, **DEMPS** and **COOK** negotiated a check stolen from the Clerk of Superior Court at Colony Bank, in the amount of $3,816.40.

98. On or about October 30, 2019, **DEMPS** and **McBRIDE** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount of $4,236.17.

99. On or about November 1, 2019, **DEMPS** and **CURTIS PORCH** negotiated a check stolen from the Clerk of Superior Court at Colony Bank, in the amount of $5,406.50.

17

100. On or about November 1, 2019, **DEMPS** and **McBRIDE** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount of $2,925.75.

101. On or about November 5, 2019, **DEMPS** and **COLE** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount of $4,122.78.

102. On or about November 12, 2019, DEMPS and McBRIDE negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount of $6,519.15.

103. On or about November 12, 2019, **DEMPS** and **McBRIDE** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount of $2,953.39.

104. On or about November 14, 2019, **DEMPS** and **COLE** negotiated a check stolen from the Clerk of Superior Court at Colony Bank, in the amount of $5,049.36.

105. On or about November 18, 2019, **DEMPS** and **CURTIS PORCH** negotiated a check stolen from the Clerk of Superior Court at Colony Bank, in the amount of $5,205.40.

106. On or about November 18, 2019, **DEMPS** and **COOK** negotiated a check stolen from the Clerk of Superior Court at Colony Bank, in the amount of $4,205.16.

107. On or about November 22, 2019, **DEMPS** and D**EREEN PORCH, a/k/a DEREEN FITZGERALD**, negotiated a check stolen from the Clerk of Superior Court at Colony Bank, in the amount of $8,696.75.

108. On or about November 25, 2019, **DEMPS** and **COLE** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount of $6,125.50.

109. On or about November 25, 2019, **DEMPS** and **McBRIDE** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount of $9,725.50.

110. On or about November 25, 2019, **DEMPS** and **McBRIDE** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount of $8,800.65.

111. On or about November 25, 2019, **DEMPS** and **McBRIDE** negotiated a check stolen from the Clerk of Superior Court at Colony Bank, in the amount of $4,616.25.

112. On or about November 26, 2019, **DEMPS** and **McBRIDE** negotiated a check stolen from the Clerk of Superior Court at Synovus Bank, in the amount of $5,971.25.

113. On or about November 26, 2019, **DEMPS** and **McBRIDE** negotiated a check stolen from the Clerk of Superior Court at Colony Bank, in the amount of $5,971.25.

114. On or about November 27, 2019, **DEMPS** and **CURTIS PORCH** negotiated a check stolen from the Clerk of Superior Court at Colony Bank, in the amount of $9,235.50.

All in violation of Title 18, United States Code, Sections 1349 and 1344.

## COUNTS TWO THROUGH THIRTY-SIX

18 U.S.C. § § 1343 and 2

Wire Fraud

### INTRODUCTION

Paragraphs 1-6 of the Introduction, referenced in Count One of this Indictment, above, are hereby incorporated by reference into these counts.

### THE SCHEME AND ARTIFICE

From on or about March 27, 2019, to on or about November 26, 2019, Defendants **WILLIE DEMPS**, **SAMUEL COLE**, **TERRY McBRIDE**, **LAMARCUS PALMER**, and **CURTIS PORCH** devised a scheme and artifice to defraud the Muscogee County Clerk's Office, Muscogee County, Georgia (hereinafter "MCSO Clerk") and Synovus Bank (hereinafter "Synovus"), and to obtain money from the MCSO Clerk and Synovus, by means of material false and fraudulent pretenses and representations that related to cashing checks stolen from the MCSO Clerk, and cashing the checks at Synovus banks in the State of Alabama, which resulted in monies wrongfully being paid to the Defendants, as follows:

A. It was part of the scheme and artifice to defraud that Defendant **DEMPS**, through his employment at the MCSO Clerk's office, obtained blank checks from various accounts utilized by the MCSO Clerk.

B. It was further part of the scheme and artifice to defraud that Defendant **DEMPS**, having obtained blank checks from the MCSO Clerk's office, made the checks payable to co-defendants **COLE, McBRIDE**, and **PORCH**.

20

C.  It was further part of the scheme and artifice to defraud that Defendant **DEMPS** fabricated information in the "memo" line of the checks to make the checks appear legitimate.

D.  It was further part of the scheme and artifice to defraud that after **DEMPS** stole and manufactured the MCSO Clerk checks in the above fashion, he recruited co-defendants **COLE**, **McBRIDE**, and **PORCH** to cash the checks at Synovus banks in the State of Alabama.

E.  It was further part of the scheme and artifice to defraud that Defendant **DEMPS** routinely paid a portion of the proceeds from the fraudulently cashed checks to co-defendants **COLE**, **McBRIDE**, and **PORCH**.

F.  It was further part of the scheme and artifice to defraud that Defendants transmitted, or caused to be transmitted, the fraudulently cashed checks from the State of Alabama to Synovus servers located in the State of Georgia for processing.

Paragraphs A through F, above, are incorporated by reference in each count below.

That on or about the dates alleged below in the Columbus Division of the Middle District of Georgia, and elsewhere within the jurisdiction of the Court,

**WILLIE DEMPS,**

**SAMUEL COLE,**

**TERRY McBRIDE,**

**LAMARCUS PALMER,**

and

**CURTIS PORCH,**

Defendants herein, aided and abetted by each other and by others both known and unknown to the Grand Jury, for the purpose of executing and in order to effect the above-described scheme and artifice, did knowingly transmit or cause to be transmitted in interstate commerce, by means of wire communication, certain signs, signals, and sounds, that is, electronically transmitted bank checks for processing, which originated and were transmitted from the State of Alabama and then were received at a Synovus Bank processing facility in the State of Georgia, each such transmission being a separate count of this indictment and being more particularly described as follows, according to the count number, the defendants implicated, the approximate date that the check was cashed, and the amount of the check.

| COUNT | DEFENDANTS | DATE CHECK CASHED | AMOUNT OF CHECK |
|---|---|---|---|
| 2 | DEMPS/McBRIDE | 3-29-2019 | $4,205.65 |
| 3 | DEMPS/McBRIDE | 4-4-2019 | $3,886.00 |
| 4 | DEMPS/McBRIDE | 4-26-2019 | $3,619.46 |
| 5 | DEMPS/COLE | 5-22-2019 | $4,605.90 |
| 6 | DEMPS/PORCH | 5-23-2019 | $4,525.60 |
| 7 | DEMPS/McBRIDE | 5-23-2019 | $3,872.60 |
| 8 | DEMPS/McBRIDE | 6-14-2019 | $3,980.50 |
| 9 | DEMPS/McBRIDE | 6-24-2019 | $5,860.42 |
| 10 | DEMPS/McBRIDE | 7-1-2019 | $3,961.50 |
| 11 | DEMPS/McBRIDE | 7-2-2019 | $3,732.50 |
| 12 | DEMPS/McBRIDE | 7-11-2019 | $4,914.60 |
| 13 | DEMPS/McBRIDE | 7-16-2019 | $3,625.00 |

| 14 | DEMPS/McBRIDE | 7-24-2019 | $3,762.40 |
| 15 | DEMPS/McBRIDE | 8-14-2019 | $2,902.50 |
| 16 | DEMPS/McBRIDE | 8-16-2019 | $3,025.95 |
| 17 | DEMPS/McBRIDE | 8-27-2019 | $3,760.70 |
| 18 | DEMPS/McBRIDE | 9-3-2019 | $3,805.25 |
| 19 | DEMPS/McBRIDE | 9-12-2019 | $3,308.45 |
| 20 | DEMPS/McBRIDE | 9-18-2019 | $3,342.75 |
| 21 | DEMPS/COLE | 9-20-2019 | $3,142.50 |
| 22 | DEMPS/McBRIDE | 9-20-2019 | $3,005.01 |
| 23 | DEMPS/McBRIDE | 9-24-2019 | $4,250.50 |
| 24 | DEMPS/McBRIDE | 10-10-2019 | $3,455.60 |
| 25 | DEMPS/McBRIDE | 10-15-2019 | $4,915.60 |
| 26 | DEMPS/McBRIDE | 10-17-2019 | $3,701.50 |
| 27 | DEMPS/McBRIDE | 10-21-2019 | $4,413.60 |
| 28 | DEMPS/McBRIDE | 10-25-2019 | $2,438.19 |
| 29 | DEMPS/McBRIDE | 10-30-2019 | $4,236.17 |
| 30 | DEMPS/McBRIDE | 11-1-2019 | $2,925.75 |
| 31 | DEMPS/McBRIDE | 11-12-2019 | $6,519.15 |
| 32 | DEMPS/McBRIDE | 11-12-2019 | $2,953.39 |
| 33 | DEMPS/McBRIDE | 11-25-2019 | $9,725.50 |
| 34 | DEMPS/McBRIDE | 11-25-2019 | $8,800.65 |
| 35 | DEMPS/McBRIDE | 11-26-2019 | $5,791.25 |
| 36 | DEMPS/PALMER | 3-13-2019 | $3,546.30 |

All in violation of Title 18, United States Code, Sections 1343 and 2.

## COUNTS THIRTY-SEVEN THROUGH SEVENTY

18 U.S.C. § § 2314 and 2

### Transportation of Stolen Goods or Money

That between on or about March 29, 2019, and on or about November 26, 2019, in the Columbus Division of the Middle District of Georgia, and elsewhere within the jurisdiction of the court,

**WILLIE DEMPS,**

**CURTIS PORCH,**

**TERRY McBRIDE,**

and

**SAMUEL COLE,**

Defendants herein, aided and abetted by each other and by others both known and unknown to the Grand Jury, with unlawful and fraudulent intent, did transport and caused to be transported, in interstate commerce, from the State of Alabama, to the State of Georgia, falsely made and forged securities, to wit: checks drawn on the accounts of the Muscogee County Clerk's Office, account numbers xxx-xxx-2579, and xxx-xxx-7605, knowing the same to be falsely made and forged, each violation being a separate count of this indictment and being more particularly described as follows, according to the count number, the approximate date of the offense, the names of the Defendants involved, the dollar amount of the alleged offense, and the bank account number associated with the offense:

| COUNT | DATE | DEFENDANTS | AMOUNT | ACCOUNT |
|---|---|---|---|---|
| 37 | 3-29-19 | DEMPS/McBRIDE | $4,205.65 | 2579 |
| 38 | 4-4-19 | DEMPS/McBRIDE | $3,886.00 | 2579 |
| 39 | 4-26-19 | DEMPS/McBRIDE | $3,619.46 | 7605 |
| 40 | 5-22-19 | DEMPS/COLE | $4,650.90 | 2579 |
| 41 | 5-23-19 | DEMPS/C. PORCH | $4,525.60 | 7605 |
| 42 | 5-23-19 | DEMPS/McBRIDE | $3,872.60 | 7605 |
| 43 | 6-14-19 | DEMPS/McBRIDE | $3,980.50 | 2579 |
| 44 | 6-24-19 | DEMPS/McBRIDE | $5,860.42 | 2579 |
| 45 | 7-1-19 | DEMPS/McBRIDE | $3,961.50 | 2579 |
| 46 | 7-2-19 | DEMPS/McBRIDE | $3,732.50 | 7605 |
| 47 | 7-11-19 | DEMPS/McBRIDE | $4,914.60 | 7605 |
| 48 | 7-16-19 | DEMPS/McBRIDE | $3,]625.00 | 2579 |
| 49 | 7-24-19 | DEMPS/McBRIDE | $3,762.40 | 7605 |
| 50 | 8-14-19 | DEMPS/McBRIDE | $2,902.50 | 2579 |
| 51 | 8-16-19 | DEMPS/McBRIDE | $3,025.95 | 7605 |
| 52 | 8-27-19 | DEMPS/McBRIDE | $3,760.70 | 2579 |
| 53 | 9-3-19 | DEMPS/McBRIDE | $3,805.25 | 2579 |
| 54 | 9-12-19 | DEMPS/McBRIDE | $3,804.45 | 2579 |
| 55 | 9-18-19 | DEMPS/McBRIDE | $3,342.75 | 2579 |
| 56 | 9-20-19 | DEMPS/COLE | $3,142.50 | 2579 |
| 57 | 9-20-19 | DEMPS/McBRIDE | $3,005.01 | 2579 |

| 58 | 9-25-19 | DEMPS/McBRIDE | $4,250.50 | 2579 |
| 59 | 10-10-19 | DEMPS/McBRIDE | $3,455.60 | 2579 |
| 60 | 10-15-19 | DEMPS/McBRIDE | $4,915.60 | 2579 |
| 61 | 10-17-19 | DEMPS/McBRIDE | $3,701.50 | 2579 |
| 62 | 10-21-19 | DEMPS/McBRIDE | $4,413.60 | 2579 |
| 63 | 10-25-19 | DEMPS/McBRIDE | $2,438.19 | 2579 |
| 64 | 10-30-19 | DEMPS/McBRIDE | $4,236.17 | 2579 |
| 65 | 11-1-19 | DEMPS/McBRIDE | $2,925.75 | 2579 |
| 66 | 11-12-19 | DEMPS/McBRIDE | $6,519.15 | 2579 |
| 67 | 11-12-19 | DEMPS/McBRIDE | $2,953.39 | 2579 |
| 68 | 11-25-19 | DEMPS/McBRIDE | $9,725.50 | 2579 |
| 69 | 11-25-19 | DEMPS/McBRIDE | $8,800.65 | 2579 |
| 70 | 11-26-19 | DEMPS/McBRIDE | $5,971.25 | 2579 |

All in violation of Title 18, United States Code, Sections 2314 and 2.

## COUNT SEVENTY-ONE

18 U.S.C. § 1001(a)(2)

False Statements

On or about October 30, 2020, in the Columbus Division of the Middle District of Georgia, and elsewhere within the jurisdiction of the court,

**SAMUEL COLE,**

Defendant herein, did willfully and knowingly make materially false, fictitious, and fraudulent statements and representations in a matter within the executive branch of the Government of the

United States, by falsely telling Special Agent Kate Furtak, Federal Bureau of Investigation, that he had been issued checks from the Muscogee County Clerk of Superior Court as reimbursements for bond posted on behalf of a family member, and that he never cashed checks on behalf of **WILLIE DEMPS**, at Columbus, Georgia, in the Middle District of Georgia. The statements were false because, as **COLE** then and there knew, he was not entitled to any reimbursement from the Clerk of Superior Court, and he had in fact cashed approximately thirty-three (33) Clerk of Superior Court checks on behalf of **DEMPS**.

All in violation of Title 18, United States Code, Section 1001(a)(2).

### FORFEITURE NOTICE
### (18 U.S.C. § 982(a)(2), 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c) – Criminal Forfeiture)

1.     The allegations contained in Counts One through Seventy of this Indictment are hereby re-alleged and incorporated by reference into this Notice for the purpose of alleging forfeiture to the United States of America, pursuant to the provisions of Title 18, United States Code, Section 982(a)(2), and/or Title 18, United States Code, Section 981(a)(1)(C), in conjunction with Title 28, United States Code, Section 2461(c).

2.     Upon conviction of the offense(s) in violation of Title 18, United States Code, Section 1349, in conjunction with Title 18 United States Code, Section 1344(2) set forth in Count One; Title 18, United States Code, Section 1343 set forth in Counts Two through Thirty-Six; and/or Title 18, United States Code, Section 2314 set forth in Counts Thirty-Seven through Seventy of this Indictment, the defendant(s),

**WILLIE DEMPS,**

**CURTIS PORCH,**

**DEREEN PORCH, a/k/a DEREEN FITZGERALD,**

**TERRY McBRIDE,**

**ROSALEE BASSI,**

**LAMARCUS PALMER,**

**GEORGE COOK,**

**and**

**SAMUEL COLE,**

shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 981(a)(1)(C), in conjunction with Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense(s), or a conspiracy to commit such offense; and/or any property, constituting, or derived from, proceeds obtained directly or indirectly, as a result of such violations, or a conspiracy to commit such offense(s), pursuant to Title 18, United States Code, Section 982(a)(2), including, but not limited to, a money judgment in an amount to be determined.

3.      If any of the property subject to forfeiture, as a result of any act or omission of the defendant(s):

(a)      cannot be located upon exercise of due diligence;

(b)      has been transferred, sold to or deposited with, a third person;

(c)      has been placed beyond the jurisdiction of the court;

(d)      has been substantially diminished in value; or

(e)      has been commingled with other property which cannot be subdivided without difficulty,

28

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title

21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section

982(b)(1), and Title 28, United States Code, Section 2461(c) through Title 18, United States Code,

Section 981(a)(1)(C).

All pursuant to 18 U.S.C. § 982, 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

A TRUE BILL.

*/s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

Presented by:

PETER D. LEARY
ACTING UNITED STATES ATTORNEY

Melvin E. Hyde, Jr.
Assistant United States Attorney

Filed in open court this ___ day of _____, 2021.

Deputy Clerk

29