IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NUMBER 4:21-CR-31(CDL) |
| | : |
| v. | : |
| | : |
| WILLIE DEMPS (01), | : |
| CURTIS PORCH (02), | : |
| DEREEN PORCH (03), | : |
| TERRY MCBRIDE (04), | : |
| ROSALEE BASSI (05), | : |
| LAMARCUS PALMER (06) and | : |
| SAMUEL COLE (08) | : |
| | : |

**CONSENT ORDER FOR CONTINUANCE**

The defendants in the above-styled case were indicted on August 11, 2021. A Pretrial Conference was held on September 21, 2021. All Defendants and the government have requested a continuance of this case until the Court's January 2022 jury trial term based on the need for additional time to conduct pretrial negotiations, discovery, and explore the possibility of change of pleas.

The Court finds a continuance appropriate. Accordingly, **IT IS HEREBY ORDERED** that the trial of the above-referenced case shall be continued to the Court's January, 2022 trial term, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) shall be extended accordingly. The Court notes that Defendant Cook pled guilty on September 21, 2021 and that several plea hearings have been scheduled for October 5, 2021.

It is the Court's finding that the ends of justice [18 U.S.C. Sect. 3161(h)(8)(A)] served by the granting of this continuance outweigh the best interests of the public and the defendants in a speedy trial for the reason that failure to grant such continuance could result in a miscarriage of

justice [18 U.S.C. Sect. 3161(h)(8)(B)(i)]; and the failure to grant such continuance would deny counsel for the defendants and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence [18 U.S.C. Sect. (h)(8)(B)(iv)].

SO ORDERED, this **21st** day of **September, 2021**.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE